**Thomas WATERS, Plaintiff—Appellant,**

v.

**L. JACKSON, Officer; J. Brunson, Captain; Officer Kelly; Officer Reed, Defendants—Appellees.**

No. 10–6428.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 7, 2011.

Thomas Waters, Appellant Pro Se. Bradford Cary Andrews, Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellees.

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Waters appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Waters v. Jackson,* No. 4:08–cv–02898–GRA, 2010 WL 625388 (D.S.C. Feb. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*